## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>   3229 R St., N.W.<br>   Washington, D.C. 20007<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Internal Revenue Service<br>   1111 Constitution Ave., N.W.<br>   Washington, D.C.  20224<br><br>      Defendant. | Civil Action No. 1:08-cv-657 (HHK) |

## **NOTICE**

Plaintiff Peter Ackerman, by and through his undersigned counsel, notes that the attached Affidavit of Mailing verifies that his original Complaint was received by the U.S. Attorney General and the U.S. Attorney for the District of Columbia on April 17, 2008.

                                        Respectfully submitted,

                                        /s/ Rebecca L.D. Gordon_____
                                        JAMES P. JOSEPH, D.C. Bar No. 421231
                                        REBECCA L. D. GORDON, D.C. Bar No. 468809
                                        Arnold & Porter, L.L.P.
                                        555 Twelfth Street, N.W.
                                        Washington, D.C. 20004-1206
                                        (202) 942-5000 (telephone)
                                        (202) 942-5999 (facsimile)
                                        LEAD COUNSEL FOR PLAINTIFF

Dated: April 30, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER ACKERMAN, | § | |
| | § | |
| 3229 R St., N.W. | § | |
| Washington, D.C. 20007 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-657 (HHK) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Internal Revenue Service | § | |
| 1111 Constitution Ave., N.W. | § | |
| Washington, D.C. 20224 | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT OF MAILING**

I, Rebecca L. D. Gordon, hereby state that:

1.      On the 16th day of April, 2008, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to each of the following defendants:

United States Attorney General
950 Pennsylvania Avenue NW
Washington, D.C. 20530

United States Attorney for the District of Columbia
555 Fourth street NW
Washington, D.C. 20530

2.      Attached as Exhibit A hereto is the receipt for certified mail, No. 7000 0600 0029 0145 6576, indicating that delivery of the summons and complaint was made upon the United States Attorney for the District of Columbia on the 17th day of April, 2008.

      3.      Attached as Exhibit B hereto is the receipt for certified mail, No. 7000 0600 0029 0145 6972, indicating that delivery of the summons and complaint was made upon the United States Attorney General on the 17th day of April, 2008.

      I declare under penalty of perjury that the foregoing is true and correct.

April 30, 2008_____/s/ Rebecca L. D. Gordon_____
(Date)                                                    (Signature)

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Attorney for the Dist. of Columbia
   55 Fourth St. NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
C. Signature
X                                      ☐ Agent
   APR 17 2008                         ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7000 0600 0029 0145 6576

PS Form 3811, July 1999    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Victor Rortvedt
Arnold & Porter LLP
555 12th St. NW
#1228
Washington, DC 20004

# EXHIBIT B

[Certified mail return receipt card addressed to:]

Attorney General of the US
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Signature received APR 17 2008

Article Number: 7000 0600 0029 0145 6972

PS Form 3811, July 1999

[Return address on reverse of card:]

Victor Rortvedt
Arnold and Porter LLP
555 12th St. NW
#1208
Washington, DC 20004