IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | No. 1:08-cv-00657 (HHK) |

## RULE 16.3 JOINT REPORT TO THE COURT

On July 14 & 15, 2008, counsel for Plaintiff Peter Ackerman ("Plaintiff") and the Defendant United States of America ("Defendant") met and conferred telephonically pursuant to LCvR 16.3 and the Court's July 7, 2008, Order for Initial Scheduling Conference. The parties report to the Court on the items enumerated in LCvR 16.3(c) as follows:

  1. Plaintiff does not believe this case can be resolved by dispositive motion at this time. The same issue in this case is present for the tax years 1997, 1998, 2000, 2002 and 2004 in *Ackerman v. Commissioner of Internal Revenue*, Tax Court Docket Nos. 13947-06 and 26400-06, which were the subject of a two-day trial in February 2008 for which an opinion is awaited. In that case, the Commissioner of Internal Revenue never sought to resolve the issues by summary judgment.

  The United States contends the following: Discovery in Tax Court matters is limited; accordingly, depending on what facts are uncovered via discovery in this federal district court matter, the United States may file a motion for summary judgment after the close of discovery contending that the asserted expenses do not qualify as "trade or business expenses" under 26 U.S.C. §162.

2.  Plaintiff does not believe any additional parties need to be joined in the present action. Defendant believes the addition of Plaintiff's spouse, Joanne Leedom-Ackerman, may be required, but the parties believe that any factual or legal issues relating to the joinder of Ms. Leedom-Ackerman may be resolved by the parties in the short term. If additional parties need to be joined, the parties agree to a deadline of September 15, 2008. The parties agree to a deadline of September 15, 2008, for amendment of the pleadings.

3.  The parties do not believe that the case should be assigned to a Magistrate Judge for any purpose.

4.  The parties met on July 8, 2008, to initiate preliminary settlement discussions, and the parties plan to meet again on August 27, 2008, to continue these discussions. However, the parties do not believe settlement is likely to occur in this case.

5.  The parties do not believe that this case would benefit from Alternative Dispute Resolution at this time.

6.  Plaintiff does not believe this case can be resolved by dispositive motion at this time, but Plaintiff may file a motion for summary judgment after the close of discovery.

The United States does contend that this case may be disposed of by motion under Fed. R. Civ. P. 56(c). The United States refers to its stated position in paragraph (1) above.

7.  The parties agree that there is no reason to delay the initial disclosures under Fed. R. Civ. P. 26(a)(1) in this matter.

8.  Plaintiff believes that discovery should close 120 days from the date of the Initial Scheduling Conference.

The United States contends that a 6-month discovery window is appropriate.

9. The parties agree that expert discovery should take place after the close of fact discovery. The parties hold in abeyance any specific deadlines regarding expert discovery until a fact discovery deadline is put in place.

10. This action is not a class action. Therefore, item 10 is not applicable to this case.

11. The parties agree that neither discovery nor trial in this matter need be bifurcated or managed in phases.

12. The parties agree that the Court should schedule the pretrial conference after the close of discovery.

13. The parties agree that a trial date should be set at the pretrial conference.

14. The parties believe that they have addressed all matters appropriate for inclusion in a scheduling order.

          Respectfully submitted,

          /s/ James P. Joseph
          JAMES P. JOSEPH, D.C. Bar No. 421231
          REBECCA L. D. GORDON, D.C. Bar No. 468809

          Arnold & Porter, L.L.P.
          555 Twelfth Street, N.W.
          Washington, D.C.  20004-1206
          (202) 942-5000 (telephone)
          (202) 942-5999 (facsimile)
          LEAD COUNSEL FOR PLAINTIFF


          /s/ Joseph E. Hunsader
          JOSEPH E. HUNSADER
          JAN MEIR GEHT
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          Post Office Box 277
          Washington, D.C.  20044
          (202) 514-0472 (telephone)
          (202) 514-6866 (facsimile)
          LEAD COUNSEL FOR DEFENDANT

Dated:  July 22, 2008