IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | No. 1:08-cv-00657 (HHK) |

**PLAINTIFF PETER ACKERMAN'S STATEMENT OF THE CASE AND STATUTORY BASES FOR ALL CAUSES OF ACTION**

  Pursuant to the Court's July 7, 2008, Order for Initial Scheduling Conference, Plaintiff Peter Ackerman ("Plaintiff" or "Ackerman") hereby submits the following brief Statement of the Case and Statutory Bases for All Causes of Action.

  According to the allegations of the Complaint, this is an individual actions by Plaintiff to recover income tax from the tax year ended December 31, 1999, which was erroneously and illegally assessed and collected.

  In Plaintiff's original tax return for the tax year 1999, Plaintiff incorrectly deducted investment advisory fees as an itemized deduction rather than deducting them as a trade or business expense under Schedule C. Accordingly, on October 16, 2003, Plaintiff timely filed a claim for refund on an IRS Form 1040X.

  Over two and a half years later, on April 26, 2006, the I.R.S. issued a Notice of Claim Disallowance, stating that Plaintiff's expenses claimed as investment advisory fees were not attributable to an active trade or business, and therefore not deductible on Schedule C. Plaintiff disagreeed with the I.R.S.'s Notice of Claim Disallowance, and therefore properly and timely brings suit in this Court.

1

Plaintiff is seeking relief pursuant to the following statutory provisions of the United States Code: 26 U.S.C. §§ 162(a), 7491(a); 28 U.S.C. §§ 1340, 1346, 1402. Plaintiff reserves the right to amend the statutory bases for his causes of action.

Respectfully submitted,

  /s/ James P. Joseph
JAMES P. JOSEPH, D.C. Bar No. 421231
REBECCA L. D. GORDON, D.C. Bar No. 468809

Arnold & Porter, L.L.P.
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)
LEAD COUNSEL FOR PLAINTIFF

Dated: July 22, 2008