IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | No. 1:08-cv-00657 (HHK) |

## **PLAINTIFF'S [PROPOSED] SCHEDULING ORDER**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16, the Court finds that entry of this Order is necessary for the just and efficient resolution of the above-captioned cases.

This litigation shall be conducted according to the schedule of events set forth herein:

| **Date** | **Event** |
|---|---|
| September 15, 2008 | Deadline for joinder of parties and amendment of pleadings. |
| November 24, 2008 | Deadline for completion of fact discovery |
| December 8, 2008 | Deadline for Plaintiff's designation of experts and submission of expert reports. |
| December 22, 2008 | Deadline for Defendant's designation of experts and submission of expert reports. |
| January 5, 2009 to February 4, 2009 | Timeframe for parties to make experts available for deposition. |
| March 6, 2009 | Deadline for parties to file dispositive motions. |
| April 6, 2009 | Deadline for parties to file responses to dispositive motions |

| **Date** | **Event** |
|---|---|
| May 6, 2009 | Deadline for parties to file replies to dispositive motions |
| May 20, 2009 to June 3, 2009 | Timeframe for conference between the parties to determine remaining pre-trial schedule. |

**SO ORDERED:**

Dated: _____, 2005

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge