IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER ACKERMAN, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:08-cv-00657 (HHK) |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## UNITED STATES' [PROPOSED] SCHEDULING ORDER FOR *ACKERMAN II*

Upon consideration of the parties' Local Rule 16.3 Joint Report, the parties' respective statements of the case, the oral argument presented by the parties, and the record of this case, it is hereby

**ORDERED** that this case shall proceed in accordance with the deadlines set forth herein:

1. Fed.R.Civ.P. 26(a)(1) disclosures served on August 25, 2008

2. All parties to be joined and all amendments to pleadings to be filed by September 15, 2008

3. Factual discovery to be completed by January 26, 2009

4. Primary experts to be identified by January 26, 2009

5. Primary expert reports to be served by February 26, 2009

6. Rebuttal experts shall be identified by March 16, 2009

7. Rebuttal expert reports to be served by March 30, 2009

8. Expert discovery to be completed by April 20, 2009

10. Dispositive motions to be filed by May 18, 2009

11. Opposition briefs to dispositive motions to be filed by June 15, 2009

12. Reply briefs in support of dispositive motions to be filed June 29, 2009

13. Parties to confer regarding remaining pre-trial schedule by July 6, 2009

Dated: _____

_____
Henry H. Kennedy Jr.
United States District Judge

CERTIFICATE OF SERVICE

I certify that on July 22, 2008, I caused to be served via the court's ECF system

      UNITED STATES' [PROPOSED] SCHEDULING ORDER
      FOR *ACKERMAN II*

upon:

      James P. Joseph, Esq.
      Rebecca Gordon, Esq.
      Arnold & Porter
      555 Twelfth Street, N.W.
      Washington, D.C.  20004

                                    /s/ Joseph E. Hunsader