IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendants. | No. 1:08-cv-00657 (HHK) |

**PLAINTIFF'S AMENDED [PROPOSED] SCHEDULING ORDER[1]**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16, the Court finds that entry of this Order is necessary for the just and efficient resolution of the above-captioned cases.

These litigation matters shall be conducted according to the schedule of events set forth herein:

---

[1] Upon consideration of the United States' [Proposed] Scheduling Order for *Ackerman II*, filed July 22, 2008, Plaintiff submits this Amended [Proposed] Scheduling Order, which modifies Plaintiff's original [Proposed] Scheduling Order to adopt the expert discovery procedures proposed by the United States. Plaintiff hopes this Amended [Proposed] Scheduling Order will promote judicial efficiency at the Initial Scheduling Conference scheduled for July 25, 2008.

1

| **Date** | **Event** |
|---|---|
| September 15, 2008 | All parties to be joined and all amendments to be filed. |
| October 13, 2008 | Fed. R. Civ. P. 26(a)(1) disclosures to be served. |
| November 24, 2008 | Factual discovery to be completed. |
| November 24, 2008 | Primary experts to be identified. |
| December 24, 2008 | Primary expert reports to be served. |
| January 14, 2009 | Rebuttal experts to be identified. |
| January 28, 2009 | Rebuttal expert reports to be served. |
| February 27, 2009 | Expert discovery to be completed. |
| March 27, 2009 | Dispositive motions to be filed. |
| April 27, 2009 | Opposition briefs to dispositive motions to be filed. |
| May 11, 2009 | Reply briefs in support of dispositive motions to be filed. |
| May 18, 2009 | Deadline for parties to confer regarding remaining pre-trial schedule. |

**SO ORDERED:**

Dated: _____, 2008

                                                  _____
                                                  Hon. Henry H. Kennedy, Jr.
                                                  United States District Judge